THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZANE MURDOCK,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

CASE NO. C26-1687-JCC

ORDER

This matter comes before the Court on Plaintiff's amended complaint and motion for Rule 60 relief (Dkt. Nos. 14, 15). Plaintiff lodged both in response to the Court's order (Dkt. No. 13) dismissing Plaintiff's complaint (with leave to amend) for failure to plead subject matter jurisdiction.[1] The instant complaint (Dkt. No. 15) now identifies a federal cause of action (18 U.S.C. § 1964) and also asserts diversity jurisdiction. But it again fails to plausibly support an asserted jurisdictional basis with the allegations necessary pursuant to Rules 8 and/or 9. As such, the amended complaint (Dkt. No. 15) is also infirm and must be DISMISSED for lack of subject matter jurisdiction. No further leave to amend will be provided, as it now seems further amendment would be futile. *See Kroessler v. CVS Health Corp.*, 977 F.3d 803, 814–15 (9th Cir. 2020).

[1] The order contained a clear scrivener's error, referring to 28 U.S.C. §§ 1331, 1332 as *18* U.S.C. §§ 1331. 1332. Nevertheless, it clearly articulated the jurisdictional pleading infirmities.

It is so ORDERED this 13th day of August 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE